

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00035-CR

HAL DANE WEBSTER, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 25th District Court
Guadalupe County, Texas
Trial Court No. 16-2421-CR-A, Honorable Jessica Crawford, Presiding

July 17, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Pending before this Court is appellant Hal Dane Webster's motion to dismiss his appeal. As required by Rule of Appellate Procedure 42.2(a), appellant and his attorney have signed the motion. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.